EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                | 2019 TSPR 152   |
|                       |                 |
| Ana V. Piñero Parés   | 203 DPR _____   |

Número del Caso: TS-14,587

Fecha: 29 de agosto de 2019

Materia: Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Ana V. Piñero Parés

TS-14,587

RESOLUCIÓN

En San Juan, Puerto Rico, a 29 de agosto de 2019.

Evaluada la petición de reinstalación al ejercicio de la abogacía presentada por la Sra. Ana V. Piñero Parés, se provee ha lugar y se le reinstala al ejercicio de la abogacía.

Publíquese.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo. El Juez Asociado señor Colón Pérez no intervino.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo